*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Drake A. BELTZ**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100057**

Decided: 22 September 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea C. Goode (arraignment)
John P. Norman (trial)

Sentence adjudged 17 November 2020 by a general court-martial convened at Marine Corps Air Ground Combat Center Twentynine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 16 months, forfeiture of all pay and allowances,[1] and a bad-conduct discharge.

_____

[1] The convening authority waived automatic forfeitures for a period of six months from the date of the Entry of Judgment, and suspended the adjudged forfeitures of all pay and allowance for a period of 16 months provided Appellant maintains an allotment for the benefit of his dependents for the duration of the suspension.

Opinion of the Court

For Appellant:
*Captain William F. Halsey, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.